2:22-mc-249

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

## EXEMPLIFICATION CERTIFICATE

I, __Peter J. Welsh__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Docket Sheet and Judgment in 1:21-CV-1762; Digital Egg Investments, LLC v. Green Standard Technology Solutions, LLC, Jeric S. Devela, and Charles Yanez

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Harrisburg on 01/26/2022
_City_ _Date_

_[signature]_ _[signature]_
Clerk (By) Deputy Clerk

I, __Sylvia H. Rambo__, a Judicial Officer of this Court, certify that __Peter J. Welsh__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

February 2, 2022 _[signature]_
Date Signature of Judge

U.S. District Court Judge
Title

I, __Peter J. Welsh__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Sylvia H. Rambo__, Judge, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Harrisburg in this State, on 2/2/22
_City_ _Date_

_[signature]_ _[signature]_
Clerk (By) Deputy Clerk

Certified from the record
Date 12/19/22
Per _[signature]_